UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONSON PETERS,

        Plaintiff,

    v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

        Defendant.

CASE NO. 2:26-cv-00339-JNW

ORDER SETTING
TRIAL DATE AND
RELATED DATES

## SCHEDULING DEADLINES

Having reviewed the parties' Joint Status Report, indicating that the dispute in this matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), the Court sets the following trial and related dates:

| EVENT | DATE |
| --- | --- |
| BENCH TRIAL begins | July 26, 2027 |
| Length of trial | 1 day |
| Deadline for administrative record to be filed with the Court; | September 25, 2026 |
| Deadline for Plaintiff's opening dispositive motions | November 13, 2026 |

ORDER SETTING TRIAL & RELATED DATES - 1

| EVENT | DATE |
|---|---|
| Deadline for Defendant's opening dispositive motions and response | December 11, 2026 |
| Deadline for Plaintiff's response memorandum | January 15, 2027 |
| Deadline for Defendant's reply memorandum | February 12, 2027 |
| Pretrial conference scheduled on | July 19, 2027 |

The Local Civil Rules set all other deadlines. Except as provided for in Judge Whitehead's Chambers Procedures, the dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. The Court may alter the dispositive motions deadline and the dates that follow, but only if good cause is shown. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be treated as a waiver. Counsel and pro se parties must be prepared to begin trial on the date scheduled but should understand that trial may have to await the completion of other cases (e.g., criminal cases).

## PROCEDURAL MATTERS

All counsel and pro se parties must be familiar with and follow the District's Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, and General Orders, which can be found on the Court's website at https://www.wawd.uscourts.

ORDER SETTING TRIAL & RELATED DATES - 2

gov/. All counsel and pro se parties must also follow Judge Whitehead's Chambers Procedures, which are available at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

## SETTLEMENT

If this case settles, the parties must notify Mr. Cogswell as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 26th day of March, 2026.

Jamal N. Whitehead
United States District Judge

ORDER SETTING TRIAL & RELATED DATES - 3