THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONSON PETERS,<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | Case No. 2:26-cv-00339-JNW<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE ADMINISTRATIVE RECORD UNDER SEAL**<br><br>**NOTE ON MOTION CALENDAR: September 25, 2026** |

THIS MATTER, having come before the Court on the parties' Stipulated Motion to Extend Deadline to File the Administrative Record Under Seal (the "Stipulated Motion") from September 25, 2026, to October 9, 2026, and the Court being fully advised of the matter,

IT IS HEREBY ORDERED that the parties' Stipulated Motion is GRANTED. The deadline to file the Administrative Record under seal is hereby extended to October 9, 2026.

DATED this 6th day of October, 2026.

The Honorable Jamal N. Whitehead
United States District Court Judge



**BALLARD SPAHR LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

Presented by:

BALLARD SPAHR LLP

By: */s/Brian T. Kiolbasa*
Brian T. Kiolbasa, WSBA No. 61159
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200
E-Mail: kiolbasab@ballardspahr.com

D. Michael Reilly, WSBA No. 14674
1301 Second Avenue, Suite 2800
Seattle, Washington 98101-3808
Telephone: 206.223.7000
Facsimile: 206.223.7107
E-Mail: reillym@ballardspahr.com

Attorneys for Defendant

ROY LAW GROUP

By: */s/Darrin Class*
Darrin Class, WSBA No. 21925
1000 S.W. Broadway, Suite 900
Portland, Oregon 97205
Telephone: 503.206.4313
Facsimile: 885.344.1726
E-Mail:darrin@roylawgroup.com

Attorneys for Plaintiff